**Order entered October 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00360-CR

**DEMOND DEPREE BLUNTSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 49th District Court**
**Webb County, Texas**
**Trial Court Cause No. 2012CRO000674D1**

## ORDER

Before the Court are two motions: appellant's October 10, 2019 motion to excuse the untimely filing of appellant's reply brief and appellant's October 10, 2019 motion for leave to file a reply brief that exceeds the prescribed word limit.

We **GRANT** appellant's motions and **ORDER** the reply brief received October 15, 2019 filed as of the date of this order. We **DIRECT** the Clerk to set this case at issue.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE